DATE OF NOTICE:   September 3, 2002

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| Maaco Enterprises, Inc. | : | Civil Action No.: 02-3997 |
| | : | |
| v. | : | |
| | : | |
| Grasaldo, Inc. | : | |
| 12680 S.E. Berwick Court | | |
| Hobe Sound, FL  33455 | | |

**NOTICE**

Please be advised that a **STATUS CONFERENCE** will be held by telephone on **Friday, September 20, 2002, at 11:00 a.m.**, with the Honorable Michael M. Baylson.  Counsel for Plaintiff will initiate the telephone conference and when all counsel are on the line, call Chambers at (267) 299.7520.

Defendant, Grasaldo, Inc. is a corporation and must represented by licensed counsel in federal court.  <u>Rowland v. California Men's Colony</u>, 506 U.S. 194, 201-02, 113 S.Ct. 716, 121 L.Ed. 2d 656 (1993)(citations omitted).

Attached is a Conference Information Report which you are required to complete and forward to the Court **at least two days prior to** the day of the conference.

If trial counsel in this case is unavailable at the time of the conference, another attorney in trial counsel's office, who should be familiar with the case, is required to appear at the conference.  The conference will be continued to another date only if no attorney familiar with the case is available.

　

　　　　　　　　　　　　　　　　　　　　　　　　　　　Lenora Kashner
　　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk to Judge Baylson
　　　　　　　　　　　　　　　　　　　　　　　　　　　267.299.7529

cc:    Joseph Schumacher, Esquire (via fax)
　　　 Kimberly S. Toomey, Esquire (via fax)
　　　 Grasaldo, Inc. (via mail)

Attachments
O:\Kashner\Scheduling - Judge Baylson\Maaco  PPTC.wpd