DATE OF NOTICE:   September 9, 2002

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| Maaco Enterprises, Inc. | : | Civil Action No.: 02-3997 |
| | : | |
| v. | : | |
| | : | |
| Grasaldo, Inc. | : | |
| 12680 S.E. Berwick Court | | |
| Hobe Sound, FL  33455 | | |

### AMENDED NOTICE - NEW DATE AND TIME

Please be advised that the **STATUS CONFERENCE** scheduled to take place on Friday, September 20, 2002, has been **RESCHEDULED** and will now take place on **Friday, September 27, 2002, at 10:00 a.m.**, with the Honorable Michael M. Baylson.  Counsel for Plaintiff will initiate the telephone conference and when all counsel are on the line, call Chambers at (267) 299.7520.

Defendant, Grasaldo, Inc. is a corporation and must be represented by licensed counsel in federal court.  Rowland v. California Men's Colony, 506 U.S. 194, 201-02, 113 S.Ct. 716, 121 L.Ed. 2d 656 (1993)(citations omitted).

If trial counsel in this case is unavailable at the time of the conference, another attorney in trial counsel's office, who should be familiar with the case, is required to appear at the conference.  The conference will be continued to another date only if no attorney familiar with the case is available.

Lenora Kashner
Deputy Clerk to Judge Baylson
267.299.7529

cc:   Joseph Schumacher, Esquire (via fax)
      Kimberly S. Toomey, Esquire (via fax)
      Grasaldo, Inc. (via mail)

O:\Kashner\Scheduling - Judge Baylson\Maaco  PPTC for 9-27-2002.wpd